**Medical Properties Trust, Inc. (MPW)**　　　　　　　　　　　　　　　　　　**Christopher Armstrong**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/3/2023 | 36,500 | $9.4658 |