# EXHIBIT B

**Ownership of MPT Picasso Investors TRS, LLC**



Minority Interest Transaction – Second Step
– May 23, 2023



* Manager-managed LLC with PHFM serving as Manager. PHFM is member-managed by its sole member, Prospect Medical Holdings, Inc.

** Immediately following the Contribution, PHP Holdings, LLC redeemed all of the equity interests held by Prospect Provider Groups, LLC and PHS Holdings, LLC (the "Redemption").