# EXHIBIT C

STATE OF CALIFORNIA
HEALTH AND HUMAN SERVICES AGENCY
**DEPARTMENT OF MANAGED HEALTH CARE**

File No. 933 0500
Material Modification No. 20232846
Order No. 20232846

Licensee: Prospect Health Plan, Inc.

**ORDER**
**POSTPONING NOTICE OF MATERIAL MODIFICATION**

Pursuant to Health and Safety Code section 1352(b), the terms of the Notice of

Material Modification filed on June 23, 2023, proposing a change of control resulting from a

Minority Interest Transaction, are postponed as of the date set forth below for the reasons

stated in the letter attached hereto and incorporated herein by reference.

This Order shall remain in effect until revoked or superseded by further Order of the

Director.

Dated: July 20, 2023
        Sacramento, California



MARY WATANABE
Director
Department of Managed Health Care

By_____
JENNY MAE PHILLIPS
Deputy Director, Office of Plan Licensing



Gavin Newsom, Governor
State of California
Health and Human Services Agency
**DEPARTMENT OF MANAGED HEALTH CARE**
**980 9th Street, Suite 500**
**Sacramento, CA 95814**
**Phone: 916-324-8176 | Fax: 916-255-5241**
**www.HealthHelp.ca.gov**

July 20, 2023

**<u>VIA ELECTRONIC MAIL</u>**

Crystal Lautrup
Deputy General Counsel
Prospect Health Plan, Inc.
3415 South Sepulveda Blvd., 9th Floor
Los Angeles, CA 90034

Re:  Notice of Material Modification Proposing Minority Interest Transaction
     Filed June 23, 2023; Filing No. 20232846

Dear Ms. Lautrup:

The Department of Managed Health Care (Department) reviewed information submitted in the above-referenced Notice of Material Modification (Notice) filed by Prospect Health Plan, Inc. (Plan) for compliance with the Knox-Keene Health Care Service Plan Act of 1975, as amended.[1]

Please review the attached Comment Table which includes comments from the Office of Plan Licensing and Office of Financial Review and include the Plan's responses in the appropriate fields of the Table. The Comment Table should be saved in Word and uploaded as document type "Comment Table (CT01)" in the eFiling Portal. Feel free to contact me if you would like to discuss any issues before filing the Plan's responsive amendment. All other revised documents should be filed according to standard procedure.

After reviewing the Department's comments, revise all Plan documents and exhibits that contain similar language or provisions to ensure similar deficiencies are eliminated before filing the Plan's responsive amendment. Be sure all changes to the amended information are highlighted by strikeout, underline or other method in accordance with Rule 1300.52. The Department's review of this Notice will continue when the Plan's responsive amendment is filed.

---

[1] California Health and Safety Code sections 1340 et seq. (Act). References herein to "Section" are to sections of the Act. References to "Rule" refer to the California Code of Regulations, title 28.

Crystal Lautrup                                                    July 20, 2023
Minority Interest Transaction                                          Page 2

### Department's Action

Enclosed is Order No. 20232846, issued pursuant to Health and Safety Code section 1352 (b), postponing the terms of the Notice. The Order incorporates by reference the Department's findings and comments as set forth in the attached Comment Table. The Order postpones the effectiveness of the material modification of the Plan or its operations as proposed in the Notice, and thereby prohibits the Plan from implementing the terms of the Notice until the Director issues a subsequent Order approving the Notice.

The Order is issued because at this time the Department finds the Notice does not demonstrate compliance with the Act and Rules and further amendment is necessary as set forth in the Department's attached comments. Pursuant to Health and Safety Code section 1354, the Plan has a right to a hearing upon the issuance of an Order postponing a material modification if the Plan makes a written request within thirty (30) days after the date of mailing of the enclosed Order.

**Within 30 days** of the date of this letter, please file the Plan's response as an amendment to the above-referenced Notice and include the Plan's Exhibit E-1, with reference to the amendment as a "Response to Department Comments," as well as the Plan's responses included in the Comment Table as an attachment to the Exhibit E-1 and any additional necessary documents. When submitting the Plan's responsive amendment at the Department's web portal, please ensure accurate entry of the Primary Filing Number.

Please contact me at 916-445-4998 or Steven.Coskie@dmhc.ca.gov if you have any questions or concerns.

Sincerely,

Steven Coskie
Attorney III
Office of Plan Licensing

State of California
Health and Human Services Agency
Department of Managed Health Care
COMMENT TABLE
DMHC 10-180    New: 07/19    Rev: 10/21

Health Plan: Prospect Health Plan, Inc. (Plan ID: 933 0500) File Number: 20232846
Filed: 6/23/2023 / Comment/Response Letter: Comment Letter #1 / July 20, 2023
Licensing Counsel: Steven Coskie

*Instructions*: Review comments for each exhibit below. Include your response and/or references to changes made in the appropriate columns and return as a Word Document as a "Comment Table" in the pull down menu on the Web Portal. Comments should not be repeated in the Exhibit E-1 narrative.

A.  Request for Confidentiality

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| 1. | 7/20/2023 | Plan submitted a confidentiality request for the entirety of Exhibit HH-2-b. Submit a public version of the Exhibit HH-2-b redacting only the numeric dollar amounts, percentages of revenue and other income, and number of enrollees. (Rule 1007, APL 18-007) | | | | |

B.  Exhibit HH-3-e Lag Time Assumptions

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| 2. | 7/20/2023 | Please confirm that the projections that were submitted under filings 20232111 and 20232846 are the same. | | | | |

J.  Exhibit L-1 Organization Chart

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| 18. | 7/20/2023 | **Minority Interest Transaction- First Step**<br><br>In the key, at the single asterisk, Plan uses the acronym PHFM. Explain what entity PHFM refers to, no entity within the exhibit appears to contain the initials PHFM. Revise the Exhibit L-1 to include the organization if it is omitted. | | | | |
| 19. | 7/20/2023 | **Minority Interest – Final Step**<br><br>The Exhibit L indicates MPT Picasso Investors TRS, LLC acquired a 49% equity interest in PHP Holdings LLC but the press release filed as an Exhibit E-1 refers to Medical Properties Trust, Inc. Explain, and revise the Exhibit L to demonstrate the involvement of Medical Properties Trust, Inc. | | | | |

K.  Exhibit E-1 Summary of eFiling Information (Press Release)

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| 20. | 7/20/2023 | Plan states MPT Picasso Investors TRS, LLC acquired a 49% equity interest in PHP Holdings LLC but the press release filed refers to Medical Properties Trust, Inc. Explain and | | | | |

Prospect Health Plan, Inc., File No. 20232846, p. 9

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
|  |  | revise the filing throughout to reflect the involvement of each entity. |  |  |  |  |

L.  Exhibit E-1 Summary of eFiling Information (Minority Interest Transaction)

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| 21. | 7/20/2023 | Plan uses the name "MPT Picasso Investors TRS, LLC," if this is not the legal name of the entity, respond by providing the legal name of the entity and amending the filing accordingly. Also, provide the d.b.a. of MPT Picasso Investors TRS, LLC. |  |  |  |  |
| 22. | 7/20/2023 | Provide a thorough description of the blocking rights the entity Plan refers to as "MPT" was granted and explain the circumstances when "MPT" may exercise those blocking rights. Also, please state the legal name of the entity granted the blocking rights plan references.<br><br>  a.  Explain the effects of MPT exercising blocking rights.<br>  b.  Explain why MPT was granted blocking rights. |  |  |  |  |
| 23. | 7/20/2023 | Plan refers the Department to eFiling No. 20232111-2 for a more detailed analysis of |  |  |  |  |

Prospect Health Plan, Inc., File No. 20232846, p. 10

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| | | Section 1399.65. Provide a more detailed analysis of Section 1399.65, within this filing. | | | | |
| 24. | 7/20/2023 | File all relevant transaction agreement(s) pursuant to which MPT acquired the 49% equity interest in PHP Holdings, LLC, within this filing. Also, clarify which entity acquired the 49% equity interest by providing the legal name of the entity.<br><br>a. If there are separate agreements granting MPT blocking rights or separate agreements whereby MPT assumed the $50 million converted loan, file those agreements. | | | | |
| 25. | 7/20/2023 | Explain whether any approvals by federal or other state agencies is or was required for the transaction or agreement to proceed. (Section 1399.65 (a)(3).) If approvals are or were required, provide the name of the agency, the status of any approvals or pending decisions, and the associated dates. | | | | |
| 26. | 7/20/2023 | Provide a list of all governmental authorities notified of the transaction and the date the authorities were notified, if any. | | | | |
| 27. | 7/20/2023 | The filing states that PHPH issued 49% of its equity interest to MPT. Please state the type of equity issued and the terms of the $50 million converted loan. Please also clarify which entity | | | | |

Prospect Health Plan, Inc., File No. 20232846, p. 11

| # | Date/ Amend No. | DMHC Comment | Plan Response/Comment | Plan Resp. Date/Amend # | Changes (Plan) - Page # or redlined text | Additional Action (DMHC) |
|---|---|---|---|---|---|---|
| | | was issued a 49% equity interest and which entity now holds the $50 million converted loan. | | | | |
| 28. | 7/20/2023 | MPT Picasso Investors TRS, LLC, was formed on 12/14/2022. Please provide an organizational chart and information regarding the corporate structure of MPT. | | | | |