# EXHIBIT E

Case 1:23-cv-08597-VSB    Document 27-5    Filed 10/30/24    Page 2 of 9

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/business/deals/cracks-deepen-for-americas-biggest-hospital-landlord-struggling-tenants-a-bailout-on-hold-21e3294c

◆ WSJ NEWS EXCLUSIVE | DEALS

# Cracks Deepen for America's Biggest Hospital Landlord: Struggling Tenants, a Bailout on Hold

California regulator has halted plan for MPT to take stake in struggling hospital chain's business

*By Jonathan Weil* [Follow]

*Aug. 18, 2023 10:00 am ET*

The nation's largest hospital landlord said an unusual transaction that provided crucial financial support for one of its biggest tenants was a done deal. It wasn't.

The deal was good news for both companies, and for communities across the country concerned that their local hospitals could go broke. The landlord, Medical Properties Trust MPW **-14.81%** ▼ , announced the transaction in May. When it reported quarterly results on Aug. 8, it said the arrangement boosted its own revenue.

But a California state regulator on July 20 ordered that the transaction between MPT and Prospect Medical Holdings be put on hold, according to the order that the regulator sent to Prospect. MPT didn't disclose the regulator's order when it reported second-quarter results, or in its quarterly report filed the next day with the Securities and Exchange Commission.

An MPT spokesman, Drew Babin, said: "Information is being provided to the relevant agencies, and MPT continues to expect to complete the transactions."

MPT played a crucial role in private-equity firms' push into healthcare facilities. It used cheap, plentiful financing to buy more than 400 hospitals, in some cases enriching private-equity firms that sold to MPT at high prices and paid themselves large dividends. Now some of the deals have soured. Hospital chains that are MPT's tenants have closed facilities and cut services, reducing healthcare options in some communities.

## Medical Properties Trust

$18

Case 1:23-cv-08597-VSB    Document 27-5    Filed 10/30/24    Page 3 of 9



Source: FactSet

The Prospect deal was designed to alleviate financial stress for both it and MPT. Before the deal, Prospect had stopped paying rent, closed two hospitals near Philadelphia, and owed MPT hundreds of millions of dollars. MPT's own finances are under scrutiny by investors, its shares are down by half over the past year, and it has already suffered large losses on

Prospect, its third-largest tenant. If the deal is killed by regulators, it would further pressure the two companies' finances.

Prospect's hospital closures have caused hardship in Pennsylvania's Delaware County. "It's a maternity desert on the eastern side of Delaware County, with no maternity services available for about a fifth of our population," said Monica Taylor, chair of the Delaware County Council. The closures have meant longer ambulance trips for many patients, and more-crowded emergency rooms at the county's remaining four hospitals.

MPT announced the deal with Los Angeles-based Prospect on May 23, saying it would receive equity in Prospect's managed-care business—PHP Holdings—in lieu of cash payment for $573 million of loans, unpaid rent and interest, and other amounts owed. PHP Holdings owns a small health insurer, Prospect Health Plan, as well as other businesses.



When Springfield Hospital near Philadelphia suspended services in January 2022, its owner said the closure would be temporary. The hospital remains closed. PHOTO: PETE BANNAN/MEDIANEWS GROUP/DAILY TIMES VIA GETTY IMAGES

MPT didn't disclose whether the transaction with closely held Prospect would require regulatory approval. Last week MPT said it owned 49% of PHP Holdings.

It isn't clear how Prospect would pay MPT if the regulator, the California Department of Managed Health Care, rejected the deal permanently. The department oversees Prospect Health Plan.

Kevin Durawa, a department spokesman, said the regulator is reviewing the matter and doesn't have a statutory time frame for making a decision. "The department's review includes

8/18/23, 2:36 PM

Case 1:23-cv-08597-VSB    Document 27-5    Filed 10/30/24    Page 5 of 9

Cracks Deepen for America's Biggest Hospital Landlord. Struggling Tenants, a Bailout on Hold - WSJ

the plan's decision to move forward with this transaction before the department's approval," he said.

The Wall Street Journal obtained the July 20 order and other documents from the California regulator through requests under the state's Public Records Act.

Prospect said it was "in no position right now" to answer questions about the July 20 order. The company has been crippled by a ransomware attack that was announced Aug. 3 and took out all of its computer systems, causing emergency-room closures and forcing hospital staff to use paper records. Prospect said that emergency departments have reopened but that it doesn't know when all of its systems will be restored.

Babin, the MPT spokesman, said the deal is "proceeding through a normal regulatory review process that was expected and is not controversial." He said the company expects the deal to be approved.

MPT grew quickly during the years of low interest rates and buoyant stock markets. The Birmingham, Ala.-based real-estate investment trust made $23 billion of acquisitions over two decades, mainly of hospital properties. MPT buys the bricks and mortar, and leases the buildings back to hospital operators.

Now, with interest rates higher and money tighter, MPT is shrinking. MPT has been extending financial support to some of its most-troubled tenants, including Prospect and Steward Health Care. Steward, a for-profit hospital operator based in Dallas, accounted for $3.7 billion, or 19%, of MPT's assets as of June 30 and is MPT's largest tenant. Prospect and PHP Holdings together accounted for $1.7 billion, or 9%, of MPT's assets.

MPT shares fell sharply last week after the company said it lent $140 million to Steward during the current quarter—part of a larger credit package that included other lenders. MPT already had more than $500 million of other loans to Steward, which is closely held, plus a $126 million equity investment. On Thursday, MPT said it had sold $105 million of the new loan to an unnamed investment firm.



Steward Health Care closed this hospital in Youngstown, Ohio, in 2018. PHOTO: NATE SMALLWOOD FOR THE WALL STREET JOURNAL

John Pawlowski, an analyst at real-estate investment-research firm Green Street Advisors, in an Aug. 8 note said "it has become increasingly clear in recent quarters that Steward would likely be on the verge of insolvency without MPW's financial support," referring to MPT by its ticker symbol. A Steward spokeswoman said the company's new loan package "is an indication of Steward's economic strength and potential."

On May 1, Steward closed Texas Vista Medical Center in San Antonio, citing losses from treating low-income patients. The 327-bed facility was one of only two hospitals serving the city's south side, home to about half a million people.

MPT's shares trade at 54% of book value. MPT has been borrowing to help pay its dividend, which exceeded operating cash flow in each of the past two quarters. The stock has a 15.5% dividend yield, reflecting concern that the payout might not be sustainable.

MPT and Prospect have provided different descriptions, at different points in time, of the details of their deal. The California regulator appears to be concerned about how much control MPT would have over Prospect Health Plan. The deal is unusual in part because MPT, a REIT, would get a big stake in a health insurer.

When the deal was announced, MPT didn't say what its percentage ownership of PHP Holdings would be. Prospect Health Plan has about 73,000 managed-care enrollees in five Southern California counties. PHP Holdings' other businesses include physician-practice groups.

Prospect Health Plan notified the California regulator of the transaction in a June 23 filing that said an MPT subsidiary had "acquired a 49% equity interest" in PHP Holdings, the health plan's parent, on May 23. The health plan said MPT acquired its stake by converting $370 million of loans, unpaid rent and interest, and other amounts owed by Prospect Medical Holdings into equity in PHP Holdings. The health plan called MPT a passive investor. It said the deal wasn't a change of control and didn't need the regulator's advance approval.



Pennsylvania's Easton Hospital, once owned by MPT and operated by Steward, was saved from closure after a nonprofit operator bought it in 2020. PHOTO: KEVIN HAGEN FOR THE WALL STREET JOURNAL

"The equity interests acquired by MPT are not 'voting' interests, although MPT was granted blocking rights with respect to certain major decisions" of PHP Holdings, the health plan said. The June 23 filing didn't provide details about the blocking rights.

The California regulator on July 20 issued the order putting the deal on hold. It characterized the deal's terms as "proposing a change of control." The regulator said the order would "remain in effect until revoked or superseded by further order of the director." In an accompanying letter, the regulator said the order "prohibits the plan from implementing the terms" until further notice, because the health plan's proposal "does not demonstrate compliance" with state law.

The regulator also sent the health plan a 12-page list of comments and requests for information. It asked for "a thorough description of the blocking rights," and an explanation of "the circumstances when MPT may exercise those blocking rights." The health plan's responses are due Sept. 13, after the regulator granted a deadline extension.

Asked to describe the blocking rights, Babin, the MPT spokesman, said "these are standard in any partnership agreement where a significant equity ownership interest exists and the specifics are confidential."

When MPT reported second-quarter results last week, its description of the equity deal differed significantly from its previous explanation in May—and from what Prospect Health Plan told the California regulator in June.

When MPT last week said it had taken a 49% equity interest in PHP Holdings, that percentage figure matched what the health plan had said. MPT, however, said its "non-controlling ownership interest" was worth $654.5 million as of June 30—based on updated valuations— and consisted of "an approximate $68 million equity investment and $586 million loan convertible into equity of PHP Holdings." The valuation exceeded the $370 million of Prospect obligations that the health plan in its June 23 filing had said was converted into equity.



MPT last year found a new tenant for its Watsonville, Calif., facility after the previous tenant filed for bankruptcy.
PHOTO: HELYNN OSPINA FOR THE WALL STREET JOURNAL

The Prospect deal helped MPT's income statement, too. MPT said it recorded its receipt of the $68 million equity investment as revenue; that was 20% of its second-quarter revenue. Asked what MPT's rationale was for recognizing revenue in light of the regulator's July 20 order, Babin said "this is governed by accounting regulations."

As a regulated insurer, Prospect Health Plan files financial reports publicly. Other businesses owned by PHP Holdings don't, making it difficult for outsiders to gauge the unit's value. For the fiscal year ended Sept. 30, 2022, Prospect Health Plan reported net income of $1.9 million, total assets of $30.7 million and total equity of $14.2 million.

8/18/23, 2:36 PM
Cracks Deepen for America's Biggest Hospital Landlord; Struggling Tenants, a Bailout on Hold - WSJ
Case 1:23-cv-08597-VSB    Document 27-5    Filed 10/30/24    Page 9 of 9

The last time Prospect Medical Holdings' consolidated financial statements were disclosed publicly, its liabilities exceeded its assets by $1.1 billion as of September 2020, and its cumulative loss for the previous six years was $603 million.

Shortly afterward, Leonard Green & Partners, the private-equity firm that was Prospect's majority owner, sold its stake to Prospect's senior management. The agreed-upon sale price was $12 million, according to a 2021 report by the Rhode Island attorney general's office.

Write to Jonathan Weil at jonathan.weil@wsj.com

---

**JF**  **Your WSJ Bundle News**

⚙️ Personalize Your Experience                                    More Stories  ⟩