UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEDICAL PROPERTIES TRUST, INC. SECURITIES LITIGATION | Case No. 1:23-cv-008597-VSB<br><br>CLASS ACTION |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 1.4 of the Local Civil Rules of this Court, and subject to the approval of the Court, Adabelle U. Ekechukwu, of the firm Wachtell, Lipton, Rosen & Katz, hereby withdraws her appearance in the above-captioned matter on behalf of Defendants Medical Properties Trust, Inc., Edward K. Aldag, Jr., R. Steven Hamner, and J. Kevin Hanna ("Defendants"). In Support, the undersigned states as follows:

1. I have previously appeared in this matter as counsel for Defendants.

2. As of July 31, 2025, I will no longer be associated with Wachtell, Lipton, Rosen & Katz.

3. The firm Wachtell, Lipton, Rosen & Katz remains as counsel to Defendants in this action. Accordingly, my withdrawal will not create any prejudice or delay, and I am not asserting any retaining or charging lien.

-2-

Dated: July 30, 2025

                                                                                                                           WACHTELL, LIPTON, ROSEN & KATZ

                                                                                                                           /s/ Adabelle U. Ekechukwu
                                                                                                                           William Savitt
                                                                                                                           Sarah K. Eddy
Nathaniel Cullerton
Adabelle U. Ekechukwu
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

*Attorneys for Defendants*

To: All Counsel of Record
    (by ECF)

SO ORDERED: _____
                 Vernon S. Broderick, U.S.D.J.