UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MEDICAL PROPERTIES TRUST, INC. SECURITIES LITIGATION

Case No. 1:23-cv-008597-VSB

**NOTICE OF MOTION FOR SARAH EDDY TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Sarah Eddy and proposed order, Defendants Medical Properties Trust, Inc., Edward K. Aldag, Jr., R. Steven Hamner, and J. Kevin Hanna (hereinafter "Defendants") will move this Court for an Order allowing Sarah K. Eddy to withdraw as counsel for Defendants. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states that, as of July 29, 2026, she is no longer employed by the law firm of Wachtell, Lipton, Rosen & Katz, which continues to represent Defendants in this matter.

Dated: August 26, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP
By: *s/* Sarah Eddy
Sarah Eddy

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2372
seddy@gibsondunn.com

*Attorney for Defendants*