**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MEDICAL PROPERTIES TRUST, INC. SECURITIES LITIGATION | Case No. 1:23-cv-08597-VSB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Medical Properties Trust, Inc., Edward K. Aldag, Jr., R. Steven Hamner, and J. Kevin Hanna.

Dated: September 29, 2026
New York, New York

WACHTELL, LIPTON, ROSEN & KATZ

*/s/ Lauren M. Kofke*

Lauren M. Kofke (LK6947)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd St
New York, New York 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
LMKofke@wlrk.com