**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MEDICAL PROPERTIES TRUST, INC. SECURITIES LITIGATION | Case No. 1:23-cv-08597-VSB |

**DECLARATION OF NATHANIEL CULLERTON PURSUANT TO LOCAL RULE 1.4**

I, Nathaniel D. Cullerton, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendants Medical Properties Trust, Inc., Edward K. Aldag, Jr., R. Steven Hamner, and J. Kevin Hanna (hereinafter "Defendants") are represented in this matter by the law firm of Wachtell, Lipton, Rosen & Katz. I am one of the counsel of record for Defendants.

2. As of September 23, 2026, I am no longer employed at Wachtell, Lipton, Rosen & Katz, the firm that represents Defendants.

3. Currently, this action is pending before the Court in the pleading stage.

4. Because others at Wachtell, Lipton, Rosen & Katz continue to represent Defendants in this case, my withdrawal will not prejudice them.

5. I am not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for Defendants.

Dated: September 30, 2026

*/s/ Nathaniel D. Cullerton*
Nathaniel D. Cullerton