UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEDICAL PROPERTIES TRUST, INC. SECURITIES LITIGATION | Case No. 1:23-cv-08597-VSB<br><br>District Judge Vernon S. Broderick |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION FOR THOMAS H. PRZYBYLOWSKI TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4(b), I, Thomas H. Przybylowski, hereby move to withdraw as counsel for Plaintiff Christopher Armstrong ("Plaintiff") and respectfully request to be removed from the Court's service list in the above-captioned action.

I am no longer be associated with the law firm Pomerantz LLP ("Pomerantz"). Pomerantz will continue to serve as counsel for Plaintiff in this action. I am not asserting a retaining or charging lien. Notice of this motion has been provided to counsel for Plaintiff, and a copy of this motion has been simultaneously served on all counsel of record via ECF.

Dated: October 29, 2026

Respectfully submitted,

Thomas H. Przybylowski
91 Sycamore Avenue
Little Silver, NJ 07739
Phone: 908-278-6643
Email: thomas.przybylowski@gmail.com

Counsel for Plaintiff Christopher Armstrong